

# Fox Rothschild LLP
### ATTORNEYS AT LAW

75 Eisenhower Parkway, Suite 200
Roseland, NJ 07068-1600
Tel 973.992.4800  Fax 973.992.9125
www.foxrothschild.com

Robert J. Rohrberger
Direct Dial: (973) 994-7543
Email Address: rrohrberger@foxrothschild.com

October 8, 2010

**VIA ECF**
Honorable Faith S. Hochberg, U.S.D.J.
United States District Court, District of New Jersey
Frank R. Lautenberg U.S. P.O. Courthouse Building
Room 311
50 Walnut Street
Newark, New Jersey 07102

    Re:    **Kforce v. NCS Technologies,** *et al.*
            **Civil Action No. 10-4369 (FSH) (PS)**

Dear Judge Hochberg:

This afternoon we received an ECF notice that the above referenced matter has been closed, and "Civil Case Terminated" following entry of the Consent Order and Judgment with Restraints on behalf of plaintiff Kforce Inc. and defendant NCS Technologies Inc.

This matter should have not been closed because Kforce Inc. still has claims pending against the two individual defendants, Paul Sanford and Johna Toner. Paragraph 6 of the Consent Order and Judgment with Restraints specifies that only the claims against NCS shall be dismissed and that nothing in the Consent Order and Judgment with Restraints "shall preclude Kforce from continuing to seek relief against Defendants Paul Sanford and Johna Toner, and Kforce's claims against them shall survive the dismissal of the claims against NCS."

Accordingly, Kforce Inc. respectfully requests that the matter be re-opened as to the individual defendants Paul Sanford and Johna Toner.

So Ordered 10-12-10,

Respectfully submitted,

Robert J. Rohrberger

Hon. Faith S. Hochberg, U.S.D.J.

cc:    Mary Sue Henifin, Esq. (Via ECF)
       Robert Schillberg, Esq. (Via e-mail and regular mail)
       Hal Rabner, Esq. (Via e-mail and regular mail)

A Pennsylvania Limited Liability Partnership

California    Delaware    Florida    Nevada    New Jersey    New York    Pennsylvania